## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| WILLIE NESBY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 08-cv-532-WDS |
| C.O. WILEY, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice. Judgment is entered in favor of Defendant and against Plaintiff.

Plaintiff shall take nothing from this action.

| March 20, 2009 | By: | / WILLIAM D. STIEHL |
|---|---|---|
| *Date* | | *District Judge* |